# SUPREME COURT OF HAWAI'I

980 P.2d 997

| | | | |
|---|---|---|---|
| O'Connor v. County of Maui | 19060 | 5/11/98 | Affirmed & Remanded in part |
| Wong v. Frank | 15641 | 5/14/98 | Vacated & Remanded |
| State v. Branco | 20589 | 5/14/98 | Vacated & Remanded |
| State v. Faatea | 20574 | 5/20/98 | Vacated & Remanded |
| Shaw v. Bank of Hawai'i | 19340 | 6/1/98 | Affirmed in part & Reversed in part |
| State v. Mitchell | 20186 | 6/9/98 | Reversed |
| Teller v. Teller | 18728 | 7/24/98 | Reversed, Vacated & Remanded |
| Izumi v. Baggayan | 20114 | 8/11/98 | Vacated & Remanded |
| State v. Pelekai | 20938 | 8/24/98 | Vacated & Remanded |
| State v. Bachiller | 21219 | 8/31/98 | Vacated & Remanded |
| State v. Begley | 20624 | 8/31/98 | Affirmed |
| Nihipali v. Akina | 20026 | 9/3/98 | Reversed |
| State v. Ruiz | 21189, 21226 | 10/28/98 | Reversed in part, Vacated in part & Remanded |
| State v. Gonzalez | 20987 | 10/29/98 | Affirmed in part, Vacated in part & Remanded |
| State v. Vliet | 20994 | 11/10/98 | Affirmed & Reversed in part |
| State v. Werner | 21448 | 11/12/98 | Vacated & Remanded |
| State v. Tamayo | 20427 | 12/7/98 | Vacated & Remanded |
| AIG Hawai'i Ins. Co., Inc. v. Yucoco | 20756 | 12/14/98 | Vacated |
| Wong v. Bronster | 21523 | 12/29/98 | Affirmed |
| Boggs v. Boggs | 20666 | 1/14/99 | Vacated & Remanded |
| State v. Ugalde | 21002 | 1/14/99 | Affirmed in part & Reversed in part |
| Estate of Takaki, In re | 17100, 17989 | 1/21/99 | Reversed in part, Affirmed in part & Remanded |